UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


STEVEN E. BOYNTON,

     Plaintiff,

v.                                  Case No.: 8:04-CV-360-T-24EAJ

FRED SOLOMON, ET AL.,

     Defendants.
_____/

**ORDER**

     This cause comes before the Court on its own.  Defendant Affinity International Travel Systems, Inc. ("Affinity") is a corporation and cannot be heard without counsel.  As such, the Court directed Defendant Affinity to obtain counsel and have him or her file a notice of appearance by April 29, 2005.  (Doc. No. 40).  The Court warned Defendant Affinity that failure to obtain counsel would result in the Court inviting Plaintiff to file a motion for entry of default against it.  (Doc. No. 40).  To date, Defendant Affinity has failed to obtain counsel and have him or her file a notice of appearance, and as such, the Court directs Plaintiff to move for entry of default against Defendant Affinity by May 16, 2005.

     **DONE AND ORDERED** at Tampa, Florida, this 2nd day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Pro Se Defendant Brandano
Pro Se Defendant Affinity